IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**LUTHER RAYMOND ALSPACH,**

        Plaintiff,

        v.

**MRS. X WILCOX, CASEY SPARTZ, ANITA BURDICK DENHAM, and SEQUOIA MENTAL HEALTH SERVICES, INC.,**

        Defendants.

No. 3:14-cv-01493-PK

OPINION AND ORDER

**MOSMAN, J.**,

On November 19, 2014, Magistrate Judge Papak issued his Findings and Recommendation ("F&R") [13], recommending that *pro se* Plaintiff, Luther Raymond Alspach's Complaint [2] should be DISMISSED WITHOUT PREJUDICE. No objections to the Findings and Recommendation were filed.

## DISCUSSION

The magistrate judge only makes recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

1 – OPINION AND ORDER

is not required to review, *de novo* or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Papak's recommendation and I ADOPT the F&R [13] as my own opinion.

IT IS SO ORDERED.

DATED this __11th__ day of December, 2014.

/s/ Michael W. Mosman\
MICHAEL W. MOSMAN\
United States District Judge

2 – OPINION AND ORDER